IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 09-cv-01877-CMA

AMERICAN NATIONAL BANK, a National Banking Association,

    Plaintiff,

v.

FRED J. JOSEPH, in his official capacity as Securities Commissioner
   for the State of Colorado, and
GERALD ROME, in his official capacity as Deputy Securities Commissioner
   for the State of Colorado,

    Defendants.

## ORDER OF DISMISSAL AND TO VACATE HEARING

Pursuant to Plaintiff's Notice of Dismissal Without Prejudice (Doc. # 9), the Court hereby ORDERS that this case be DISMISSED WITHOUT PREJUDICE and that the Preliminary Injunction Hearing set for August 24, 2009 is VACATED.

DATED: August __24__, 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge